# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY | : CIVIL ACTION |
| v. | : NO. 20-4082 |
| GANI ISMAKOVIC, et al. | : |

## ORDER

**AND NOW**, this 31st day of March 2021, upon considering the parties' cross-Motions for summary judgment (ECF Doc. Nos. 20 & 22) seeking a declaration as to coverage under an automobile policy, the Responses (ECF Doc. Nos. 23, 24), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for summary judgment (ECF Doc. No. 20) is **GRANTED** requiring we declare Plaintiff is not contractually obligated to defend the Defendants in the underlying suit in state court;

2. Defendants' Motion for summary judgment (ECF Doc. No. 22) is **DENIED**; and,

3. The Clerk of Court shall **close** this case.

KEARNEY, J.